UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZICO K. GAYNOR,

Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES LLC, et al.,

Defendants.

26-CV-1232 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On May 11, 2026, Plaintiff filed a Notice of Settlement concerning Defendant Equifax Information Services LLC. ECF No. 47. The notice provided that "Plaintiff and Equifax have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal." *Id.* The parties "propose[d] to file a stipulated dismissal with prejudice within 60 days of submission of this Notice of Settlement." *Id.* More than 60 days have passed since the filing of the Notice, but the parties have not filed their stipulated dismissal. Therefore, the Court ORDERS the parties to file their stipulated dismissal, or a letter updating the Court on the status of settlement, no later than **August 6, 2026**.

Additionally, in light of Plaintiff's stipulation of voluntary dismissal against Nelnet, Inc., *see* ECF No. 70, Nelnet, Inc.'s Motion to Dismiss is DENIED as moot.

The Clerk of Court is directed to terminate ECF No. 63.

Dated: July 30, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge