UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZICO GAYNOR,

Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES LLC, et al.,

Defendants.

26-CV-1232 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On August 12, 2026, Plaintiff filed a notice of settlement of all claims brought against Defendant TD Bank USA, N.A. ("TD Bank") in this matter. ECF No. 74. The parties "propose[d] to file a stipulated dismissal with prejudice within 30 days of submission of this Notice of Settlement." *Id.* On August 13, 2026, the Court directed Plaintiff and TD Bank to file a stipulated dismissal with prejudice by September 11, 2026. ECF No. 75. However, this deadline has now passed, and the parties have yet to file such stipulation.

The Court now ORDERS Plaintiff and TD Bank to file their stipulated dismissal, or a letter updating the Court on the status of settlement, no later than **September 23, 2026**.

Dated: September 16, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge