**MEMO ENDORSED**

**ADAM J. FISHBEIN**
ATTORNEY AT LAW
735 Central Avenue
Woodmere, New York 11598

Telephone (516) 668-6945
fishbeinadamj@gmail.com

The Court confirms that all conferences and deadlines in this matter are adjourned.

SO ORDERED.

Jessica Clarke
JESSICA G. L. CLARKE
United States District Judge
Dated: November 9, 2026
White Plains, New York

November 9, 2026

**<u>VIA ECF</u>**
The Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4178

**RE: Gaynor v. Equifax et al**
**26 CV 1232 (JGLC)**

Dear Judge Clarke:

I represent the plaintiff in the above matter. Plaintiff reports to the Court that Plaintiff has resolved the matter as against each defendant and requests that the conference scheduled for tomorrow be adjourned. I am writing out of an abundance of caution as the court reflects that the matter was closed on October 15, 2026.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

CC: Counsel of Record via ECF